CITATION—See Poor Debtor.

COLLECTOR OF CUSTOMS—See Distribution, 1. 2.

## COMMISSION.

FERGUSON *against* MORRILL. *Caledonia,* 1818.

WHERE a commission to take testimony in a foreign country, i. e. out of the United States, issues, it must direct the party praying out the commission, to notify the adverse party of the

F

time and place of taking the depositions, and such notice must be proved to the court, before the depositions can be read in evidence.

---

## COMMISSIONERS.